SMITH, Respondent, v. ROSENBAUM et al., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Cecilia D. Smith against Philip Rosenbaum and another. B. Reass, for appellants. W. F. Earp, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SMITH, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by James B. Smith against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

SMITH, Appellant, v. STORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Ernst Smith against Emilie C. Stork and Reba Tyler Jackson, as administratrix, etc., of Susan M. Van Namee, deceased. No opinion. Motion for reargument denied, without costs.

SNELL, Appellant, v. NIAGARA PAPER MILLS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Ralph M. Snell against the Niagara Paper Mills.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. *Held* that, as the cause of action set forth in the complaint was not referable, and was denied by the answer, and the long account was contained in the counterclaim, the Special Term had no authority to grant the order of reference. Steck v. Colorado Fuel & Iron Co., 142 N. Y. 236, 37 N. E. 1, 25 L. R. A. 67.

McLENNAN, P. J., and WILLIAMS, J., dissent, on the authority of Irving v. Irving, 90 Hun, 423, 35 N. Y. Supp. 744, affirmed 149 N. Y. 573, 43 N. E. 987.

SNELL, Appellant, v. NIAGARA PAPER MILLS, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Ralph M. Snell against the Niagara Paper Mills. No opinion. Motion for leave to appeal to Court of Appeals granted, and question for review certified.

SNOWBER, Respondent, v. HEARN CONST. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by M. Francis Snowber against the Hearn Construction Company and another. J. D. Connolly, for appellants. W. M. Seabury, for respondent.

PER CURIAM. As to defendant Hearn individually, judgment reversed, with costs, and complaint dismissed, with costs. As to the defendant corporation, judgment reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $294.51, in which event the judgment, as so modified, affirmed, without costs in this court or in the court below. No opinion. Settle order on notice.

SNYDER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Fred W. Snyder against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SOHER, Respondent, v. LOBEL, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by Le Roy Soher against Herman Lobel. J. Miller, for appellant. D. R. Almy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SOPER, Respondent, v. BUTLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Harry G. Soper against Edward H. Butler.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law and fact, unless the plaintiff, within 20 days, stipulates to reduce the verdict to the sum of $500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. See 101 N. Y. Supp. 345.

McLENNAN, P. J., votes for reversal.

SPADONE, Respondent, v. WARREN, Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Amadee Spadone against Harry D. Warren. L. L. Kellogg, for appellant. J. P. Howe, for respondent.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, on the authority of Lutz v. Third Ave. R. Co., 44 App. Div. 256. Order filed.

SPARKS, Respondent, v. CITY OF NORTH TONAWANDA, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by Anna Sparks against the city of North Tonawanda.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff, within 20 days, stipulates to reduce the verdict to the sum of $1,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. See 106 N. Y. Supp. 44.

KRUSE, J., votes for affirmance.

In re SPENCER. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of Sarah J. G. Spencer, deceased. T. E. Fitzgerald, for appellant. P. D. Trafford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re SPINELLI. (Supreme Court, Appellate Division, First Department. June 26,